**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000627
28-OCT-2022
07:57 AM
Dkt. 71 OCOR

NO. CAAP-19-0000627

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

SPENCER JAMES BEVILL, NANCY LYNN BEVILL and
BEVILL FAMILY TRUST, Plaintiffs-Appellants,
v.
FRANK LEWIS MAURIZIO aka FRANK MAURIZIO, and
FRANK GAETANO MAURIZIO, Defendants-Appellees,

and by LINNAE SAMUELSON BELLAVER,
Nominal Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 17-1-0305(2))

ORDER OF CORRECTION
(By: Nakasone, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition

Order entered on September 30, 2022 (docket no. 69) in the above

case is hereby corrected as follows:

1. On page 7, in the 7th line, correct the section of

statute "651 (b)" so that as corrected, it should read:

651C-4(b)

---

[1] Leonard, Presiding Judge, Nakasone and McCullen, JJ.

The clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, October 28, 2022.

FOR THE COURT:

/s/ Karen T. Nakasone
Associate Judge